1084

SECOND DEPARTMENT, FEBRUARY, 1977

(February 25, 1977)

In the Matter of 92–24 FAT MAN RESTAURANT CORP., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the New York State Liquor Authority, dated January 12, 1977, which, after a hearing, *inter alia,* canceled petitioner's special on-premises liquor license. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The stay contained in the order to show cause of this court, dated February 3, 1977, is hereby vacated. The regulations of the New York State Liquor Authority are not unconstitutional (see *California v La Rue,* 409 US 109). The determination was supported by substantial evidence (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.